## STATE OF CONNECTICUT *v.* RICHARD E. PROVOST

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 56 (AC 15651) is granted, limited to the following issues:

"1. Did the trial court improperly preclude the cross-examination of a prosecution witness?

"2. Was the state's attorney's closing argument improper and is it reviewable under *State* v. *Golding,* 213 Conn. 233, 567 A.2d 823 (1989)?"

The Supreme Court docket number is SC 16012.

*Sheila A. Huddleston* and *James W. Bergenn,* in support of the petition.

*Judith Rossi,* senior assistant state's attorney, in opposition.

Decided September 29, 1998

## STATE OF CONNECTICUT *v.* DEREK SMITH

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 252 (AC 15728), is denied.

*Neal Cone,* assistant public defender, in support of the petition.

*Michele Lukban,* assistant state's attorney, in opposition.

Decided September 29, 1998